**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>FRAY MORENO-RAMIREZ,<br><br>      Defendant. | **No. 07-CR-4084-DEO**<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA** |

## I. INTRODUCTION AND BACKGROUND

On November 28, 2007, a six count Indictment (Docket No. 6) was returned in the above-referenced case. Only Counts 1, 2, and 4 pertain to defendant Fray Moreno-Ramirez.

Count 1 of the Indictment charges that other named defendants and defendant Fray Moreno-Ramirez, from between about June 2007 and continuing through November 1, 2007, in the Northern District Of Iowa and elsewhere, did knowingly and unlawfully combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

This was in violation of Title 21, United States Code, Sections 846.

Count 2 of the Indictment charges that on or about June 18, 2007, in the Northern District of Iowa, other named defendants and defendant Fray Moreno-Ramirez did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B).

Count 4 of the Indictment charges that on or about June 30, 2007, in the Northern District of Iowa, defendant Fray Moreno-Ramirez did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

On March 26, 2008, defendant Fray Moreno-Ramirez appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1, 2, and 4 of the Indictment. In the Report and Recommendation (Docket No. 50,

03/26/2008), Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Fray Moreno-Ramirez's guilty plea be accepted. No objections to Judge Zoss's Report and Recommendation were filed. The Court, therefore, undertakes the necessary review to accept defendant Fray Moreno-Ramirez's plea in this case.

## II. ANALYSIS

### A. Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district

3

judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 50), and accepts defendant Fray Moreno-Ramirez's pleas of guilty in this case to Counts 1, 2, and 4 of the Indictment filed on November 28, 2007 (Docket No. 6).

**IT IS SO ORDERED** this 8th day of April, 2008.

                                       Donald E. O'Brien, Senior Judge
                                       United States District Court
                                       Northern District of Iowa